UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

KENNETH V. WILSON,

    Plaintiff,

vs.

WRIGHT PATTERSON AFB, *et al.*,

    Defendants.

Case No. 3:20-cv-361

District Judge Thomas M. Rose
Magistrate Judge Michael J. Newman

---

**ORDER AND ENTRY: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE (DOC. 2); (2) DISMISSING *PRO SE* PLAINTIFF'S COMPLAINT PURSUANT TO 28 U.S.C. § 1915; (3) DIRECTING THAT SERVICE OF PROCESS NOT ISSUE: AND (4) TERMINATING THIS CASE ON THE DOCKET**

---

The Court has reviewed the Report and Recommendation of Magistrate Judge Michael J. Newman (doc. 2), to whom this case was referred pursuant to 28 U.S.C. § 636(b). The parties have not filed objections to the Report and Recommendation and the time for doing so under Fed. R. Civ. P. 72(b) has expired. Accordingly, the Court: (1) **ADOPTS** the Report and Recommendation of the Magistrate Judge (doc. 2) in its entirety; (2) **DISMISSES** *pro se* Plaintiff's complaint pursuant to 28 U.S.C. § 1915; (3) **DIRECTS** that service of process not issue; and (4) **TERMINATES** this case on the Court's docket.

    **IT IS SO ORDERED.**

Date:  September 23, 2020

\*s/Thomas M. Rose
Thomas M. Rose
United States District Judge